**Court Ex. 5A**
**Verdict Sheet**

United States District Court
Eastern District of New York

-----------------------------------X

United States of America,

- against -

Joel David Forney,
also known as "SirBar,"

Defendant.

-----------------------------------X

No. 24-cr-146 (S-1) (KAM)

**Verdict Sheet**

**COUNT ONE**
Sex Trafficking of Jonnica C.

As to Count One, how do you unanimously find the defendant JOEL DAVID FORNEY?

Guilty _________ Not Guilty _________

**COUNT TWO**
Mann Act Transportation of Jonnica C.

As to Count Two, how do you unanimously find the defendant JOEL DAVID FORNEY?

Guilty _________ Not Guilty _________

*If your verdict is guilty, answer the following questions:*

Do you unanimously find that the government has proven beyond a reasonable doubt, that at the time of the offense charged in Count Two, the defendant, JOEL DAVID FORNEY, did knowingly and intentionally transport Jonnica C., in interstate commerce, to wit, from Wisconsin to New York, with intent that such individual engage in prostitution?

Yes _________ No _________

**Court Ex. 5A**
**Verdict Sheet**

Do you unanimously find that the government has proven, beyond a reasonable doubt, that at the time of the offense charged in Count Two, the defendant, JOEL DAVID FORNEY, did knowingly and intentionally transport Jonnica C., in interstate commerce, to wit, from New York to Connecticut, with intent that such individual engage in prostitution?

Yes _________ No _________

**COUNT THREE**
Mann Act Interstate Prostitution of Jonnica C.

As to Count Three, how do you unanimously find the defendant JOEL DAVID FORNEY?

Guilty _________ Not Guilty _________

*If your verdict is guilty, answer the following questions:*

Do you unanimously find that the government has proven beyond a reasonable doubt, that at the time of the offense charged in Count Three, the defendant, JOEL DAVID FORNEY, did knowingly and intentionally persuade, induce, entice or coerce Jonnica C., to travel in interstate commerce, to wit from Wisconsin to New York, to engage in prostitution?

Yes _________ No _________

Do you unanimously find that the government has proven beyond a reasonable doubt, that at the time of the offense charged in Count Three, the defendant, JOEL DAVID FORNEY, did knowingly and intentionally persuade, induce, entice or coerce Jonnica C., to travel in interstate commerce, to wit from New York to Connecticut, to engage in prostitution?

Yes _________ No _________

**COUNT FOUR**
Sex Trafficking of Shyya H.

As to Count Four, how do you unanimously find the defendant JOEL DAVID FORNEY?

Guilty _________ Not Guilty _________

**Court Ex. 5A**
**Verdict Sheet**

**COUNT FIVE**

Mann Act Coercion and Enticement of Mellisa N.

As to Count Five, how do you unanimously find the defendant JOEL DAVID FORNEY?

Guilty _________ Not Guilty _________

**Signature of Foreperson:**

**Date:**

**Please advise the Court by separate note that you have reached a unanimous verdict, but do not state in your note your verdict.**