## LAUREN DI CHIARA

Attorney-at-Law

52 Duane Street, 7th Floor
New York, NY 10007

Tel: (516) 695 – 6801

Email: laurendichiara.law@gmail.com
Admitted in SDNY, EDNY, USSC, NY & CT

**VIA ECF**

The Honorable Kiyo A. Matusmoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

March 3, 2026

Re: *United States v. Joel Forney*
24-CR-146 (KAM)

Dear Judge Matsumoto,

I have been appointed in the above referenced matter as "stand-by" counsel. I write this letter to inform the Court that I have served Mr. Forney with the Court Order and Docket Entry of February 27, 2026 as well as counsel's response to Doc. No. 175, dated March 3, 2026 (Doc. No. 178).

Respectfully submitted,

*Lauren Di Chiara*

**Lauren Di Chiara**
Stand-by Counsel for Mr. Forney

cc: All Parties (via ECF)