UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Plaintiff,

v.Case No:24-cr-146 (S-1)(KAM)

JOEL DAVID FORNEY,
Defendant.

---

DEFENDANT'S MOTION TO COMPEL PRODUCTION OF UNREDACTION AMERICAN EXPRESS RECORDS (FORNEY 000049 THROUGH 000068) AND RELATED MATERIAL, FOR IN CAMERA REVIEW, AND FOR SANCTIONS, INCLUDING DISMISSAL OF THE SUPERSEEDING INDICTMENT.

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Declaration of Joel David Forney and the exhibits referenced therein, the Defendant, Joel David Forney, proceeding pro se, respectfully moves this Court, pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), Fed. R. Crim. P. 16 and 16(d)(2), 18U.S.C. & 3500, and the Court's inherent and supervisory authority, for an order.

(1) Compelling the government to produce, unredacted, the American Express records identified in discovery as Forney 000049 through 000068;

(2) Compelling production of the unredacted version of the material the government disclosed as 3500-NS-6 and designated as sensitive discovery material (SDM) on the stated ground that it contained potential identifying information of Nicole S.;

(3) Directing the government to file a detailed index and privilege/redaction log identifying the authority for each redaction and each SDM designation;

(4) Conducting an in camera review of the withheld and redacted material pursuant to Pennsylvania v. Ritchie, 480 U.S. 39 (1987), and ordering disclosure of all favorable and material portions;

(5) Precluding the government, under Fed. R. Crim. P.16(d)(2)(C), from relying at sentencing on the witness statements and financial theories it withheld, and adjourning the sentencing so that the disclosure may be placed on the record and litigated;

(6) Treating this motion, to the extent a verdict has been returned, as a motion for a new trial under Fed. R. Crim. P. 33 based on newly discovered evidence; and

(7) As a final sanction for the deliberate withholding described below, dismissing the superseding indictment.

PRELIMINARY STATEMENT

1. The government's theory at trial was that Mr. Forney was the sole beneficiary of the income generated by the charged commercial sex alleged in the superseding indictment. That theory animated every count, and it now drives the government's sentencing memorandum; its proposed base offense level, and its requested enhancements.

2. The American Express records at Forney 000049 through 000068 were produced to the defense in redacted form only. In their unredacted state, those records show shared finances, shared accounts, and shared expenditures precisely what Mr. Forney testified to at trial and are flatly inconsistent with the sole-beneficiary construct on which the government built its case and now builds its sentencing position.

3. Separately, the government disclosed material it labeled 3500-NS-6 as SDM, asserting that it contained potential identifying information of a person identified as Nicole S, Nicole S, was never called to testify and was neither a witness nor a victim at the government's trial. This material contradicts the government's claims and the rebuttal testimony of Jessica F., and it bears directly on the sentencing objections Mr. Forney must be permitted to raise. A Brady designation cannot be used as a shield; its only legitimate function is to identify material the government must turn over to the defense.

ARGUMENT

I. THE GOVERNING STANDARD

4. Under Brady v. Maryland, 373 U.S. 83, 87 (1963), the suppression by the prosecution of evidence favorable to the accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution. Under Giglio v. United States, 405 U.S. 150, 153-54 (1972), the obligation reaches impeachment evidence.

5. A Brady claim has three components: the evidence is favorable to the accused, the evidence was suppressed by the government, and prejudice resulted, Strickler v. Greene, 527 U.S. 263, 281-83 (1999). Materiality is a reasonable probability that, had the evidence been disclosed, the result of the proceeding would have been different. United States v. Bagley, 473 U.S. 667, 682 (1985). The evidence is evaluated cumulatively and not item by item. Kyles v. Whitley, 514 U.S. 419, 441 (1995); Wearry v. Cain, 577 U.S. 385 (2016)(per curiam).

6. The duty is not limited to admissible evidence and cannot be shifted to the defense. Banks v. Dretke, 540 U.S. 668, 691, 696 (2004) (a rule declaring that a prosecutor may hide while the defendant must seek is not tenable). The duty also forbids the knowing use of uncorrected false or misleading testimony. Napue v. Illinois, 360 U.S. 264, 269 (1959).

7. In this District, the timing of disclosure is not discretionary in practice. Local Criminal Rule 16.1 governs discovery motions and requires a good faith certification of conferral before relief may be heard. The District's Brady disclosure regime originated in United States v. Gambino, 835 F. Supp. 74 (E.D.N.Y. 1993), and the Second Circuit has made clear that disclosure must be made in time for the material to be used effectively at trial. United States v. Coppa, 267 F. 3d 132, 135, 142 (2d Cir. 2001). Coppa's timing rationale has no application here: the material was never produced at all and it remains withheld after the verdict and on the eve of sentencing.

8. The government's internal obligations are consistent. The Justice Manual directs disclosure consistent with Brady; Giglio Fed. R. Crim. P. 16, and 18 U.S.C. &3500.

II. THE AMERICAN EXPRESS RECORDS ARE FAVORABLE, WERE SUPPRESSED, AND ARE MATERIAL

9. The redacted records bear Bates numbers Forney 000049 through Forney 000068. Mr. Forney specifically references those twenty pages as the core of the redacted evidence.

10. As produced, the records omit the account-holder, authorization, and transaction detail that would establish that the accounts and the spending at issue were shared. The redactions therefore accomplish exactly what Brady forbids; they convert neutral, two-party financial records into an apparent one-person enterprise.

11. Mr. Forney testified at trial that the finances were shared. The unredacted records corroborate that testimony with contemporaneous documentary evidence.

12. The evidence is material to guilt because the sole-beneficiary claim is the connective tissue of the government's case. If the jury had seen records showing shared finances, there is a reasonable probability that at least one juror would have viewed the charged conduct, the intent element, and the alleged personal enrichment differently.

13.The evidence is independently material as impeachment. If the redacted version had been produced before trial, the defense could have used the underlying records to impeach the witnesses who took the stand, including witnesses whose testimony described Mr. Forney as the exclusive recipient of the proceeds. Impeachment evidence is Brady evidence. Giglio, 405 U.S. at 154; Bagley, 473 U.S. at 676.

14. The evidence is also material to punishment. Brady expressly reaches evidence material to punishment. 373 U.S. at 87. The same records bear on relevant conduct, on the loss and proceeds figures, on the aggravating role and obstruction enhancements, and on the base offense level the government proposes in its sentencing memorandum. Without them, Mr. Forney cannot meaningfully object to the guideline calculation, and the Court cannot correctly calculate the guidelines.

15. The redactions are unexplained. The government has never identified a privilege, a statutory exemption, or a safety interest that justifies redacting a third-party financial record. A redaction

log is required, and in camera review is the appropriate mechanism where the government asserts an interest it will not disclose. Pennsylvania v. Ritchie, 480 U.S. 39, 60-61 (1987).

III. THE SDM DESIGNATION OF 3500-NS-6 WAS IMPROPER

16. The government disclosed 3500-NS-6 labeled as SDM, on the representation that it contained potential identifying information of Nicole S.

17. Nicole S. never testified. She was not a witness and was not a victim at trial. There was accordingly no Jencks Act statement to protect under 18 U.S.C. & 3500, no cooperating witness safety interest, and no privacy interest that could not have been served by a narrow redaction of an address or identifier.

18. What the designation actually did was place potentially exculpatory and impeaching statements beyond the defense's reach. The content of 3500-NS-6 contradicts the government's trial claims and the rebuttal testimony of Jessica F. Testimony that is contradicted by an undisclosed prior statement is the paradigm of Giglio material. The government used the image and trauma of Nicole S. to paint the Defendant as a violent monster, but hid her actual statements because they contradicted the government's theory.

19. Fed. R. Crim. P. 16(d)(1) permits a protective order only for good cause, and it does not authorize the wholesale withholding of Brady material. A Brady designation is not a withholding device; it is a production device. To the extent the government wished to protect an identifier, it was required to seek a protective order that preserved disclosure of the substance.

IV. THE APPROPRIATE REMEDY

20. The Court's authority is broad. Under Fed. R. Crim. P. 16(d)(2), on a failure to comply with discovery obligations the Court may order production, grant a continuance, prohibit the party from introducing the undisclosed evidence, or enter any other order that is just under the circumstances.

21. The Court also possesses supervisory authority over the conduct of proceedings before it. Dismissal of an indictment is an extraordinary remedy reserved for flagrant misconduct that prejudices the defendant, and the Supreme Court has cautioned that it is not available for error that is harmless or that can be cured by lesser relief. Bank of Nova Scotia v. United States, 487 U.S. 250, 254-56 (1988). Here, the withholding is not an isolated lapse. It is the redaction of twenty sequential pages of third-party financial records that contradict the government's central theory, combined with the mislabeling of a non-witness's statements as sensitive discovery material that was never turned over to the Defendant. As a pro se litigant, Mr.. Forney is entitled to all defense material. That combination deprived the defense of the theory of the case, not merely of a document.

22. Where a verdict has been returned, the relief for a meritorious Brady claim is a new trial. Accordingly, Mr.. Forney requests that this motion be treated in the alternative as a motion for a new trial based on newly discovered evidence under Fed. R Crim. P. 33. Mr.. Forney further

requests that the time to move be extended under Rule 33(b)(2) for the period during which the evidence was suppressed and withheld by the government.

23. At a minimum, the Court should compel production, order a log, conduct in camera review, adjourn, sentencing until the record is complete, and bar the government from relying at sentencing on the financial theory and witness statements it withheld.

CONLUSION

24. For the foregoing reasons, the Court should compel immediate production of the unredacted records at Forney 000049 through 000068 and of 3500-NS-6, order an index and in camera review, adjourn sentencing, and grant such further relief, including dismissal of the superseding indictment or a new trial, as the record warrants.

Dated: October 20, 2026
Respectfully Submitted,

x_____/s/Joel Forney 10235511__
---

Joel David Forney
Defendant, Pro Se
Reg. No. 10235511
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

**American Express**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 12/04/2016 08:55 | -$200.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 12/04/2016 15:57 | $60.13 | STORE PURCHASE | SUCCESSFUL | UPRINTING | 8000 HASKELL AVE, VAN NUYS, CA 91406, UNITED STATES | |
| 372741041495507 | 12/04/2016 16:32 | $56.94 | STORE PURCHASE | SUCCESSFUL | SIRIUS RADIO INC | 1221 AVENUE OF THE AMERIC FLOOR 19, NEW YORK, NY 10020, UNITED STATES | |
| 372741041495507 | 12/07/2016 20:41 | $89.62 | STORE PURCHASE | SUCCESSFUL | PHE INC. | 302 MEADOWLANDS DR, HILLSBOROUGH, NC 27278, UNITED STATES | |
| 372741041495507 | 12/08/2016 07:24 | $80.36 | STORE PURCHASE | SUCCESSFUL | PCPD LLC | 2177 WESTBELT DR, COLUMBUS, OH 43228, UNITED STATES | |
| | 12/11/2016 06:55 | -$400.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| 372741041495507 | 12/11/2016 17:20 | $145.39 | STORE PURCHASE | SUCCESSFUL | MARSHALLS M677 | 795 W MONTAUK HWY, WEST BABYLON, NY 11705, UNITED STATES | |
| 372741041495507 | 12/12/2016 10:40 | $0.50 | STORE PURCHASE | SUCCESSFUL | DOT PARKING METERS 2 | 34-02 QUEENS BLVD, LONG ISLAND CITY, NY 11101, UNITED STATES | |
| | 12/12/2016 11:51 | -$40.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |

AMEX000043

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/12/2016 12:05 | -$30.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 12/13/2016 09:15 | $39.95 | STORE PURCHASE | SUCCESSFUL | PHE INC. | 302 MEADOWLANDS DR, HILLSBOROUGH, NC 27278, UNITED STATES | |
| 372741041495507 | 12/13/2016 18:45 | $107.41 | STORE PURCHASE | SUCCESSFUL | HOME DEPOT 6152 | 579 GATEWAY DR, BROOKLYN, NY 11239, UNITED STATES | |
| | 12/14/2016 17:59 | -$60.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 12/15/2016 08:48 | $2.00 | STORE PURCHASE | SUCCESSFUL | DOT PARKING METERS 2 | 34-02 QUEENS BLVD, LONG ISLAND CITY, NY 11101, UNITED STATES | |
| | 12/16/2016 15:28 | -$300.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 12/16/2016 16:35 | -$50.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |

AMEX000044

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/17/2016 08:47 | -$80.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 12/17/2016 09:29 | -$210.00 | SEND | APPROVED | #14970051 - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| | 12/17/2016 18:03 | -$400.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 12/17/2016 19:07 | -$221.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 12/17/2016 19:08 | -$80.00 | SEND | APPROVED | #11494607 - MACKINMAN123@YAHOO.COM - CEDRIC MOSLEY (ID: 074680470 DOB: 9/8/1972) | 5905 SHORE PKWY, APT 3I, BROOKLYN, 11236 USA | P2P |
| | 12/18/2016 10:06 | -$80.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/18/2016 10:09 | -$250.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| | 12/20/2016 12:12 | $440.00 | RECEIVE | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 12/20/2016 14:02 | -$50.00 | SEND | APPROVED | #14970051 - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| | 12/20/2016 22:26 | -$220.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| | 12/21/2016 13:00 | -$186.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 12/21/2016 17:51 | -$200.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |

AMEX000046

**American Express**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 12/21/2016 17:58 | -$165.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 12/22/2016 14:42 | -$35.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 12/24/2016 13:17 | -$500.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| 372741041495507 | 12/25/2016 11:36 | $160.14 | STORE PURCHASE | SUCCESSFUL | TRAVEL RESERVATION US | 1111 EXPEDIA GROUP WAY W., SEATTLE, WA 98119, UNITED STATES | |
| 372741041495507 | 12/25/2016 12:47 | $138.24 | STORE PURCHASE | SUCCESSFUL | CYWESTBURY F&B | 1800 PRIVADO RD, WESTBURY, NY 11590, UNITED STATES | |
| 372741041495507 | 12/26/2016 00:00 | $11.13 | STORE PURCHASE | SUCCESSFUL | CYWESTBURY F&B | 1800 PRIVADO RD, WESTBURY, NY 11590, UNITED STATES | |
| | 12/26/2016 15:16 | -$140.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 12/27/2016 11:35 | -$500.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |

AMEX000047

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/27/2016 11:45 | -$120.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| | 12/28/2016 17:06 | -$100.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 12/29/2016 11:17 | -$500.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 12/29/2016 11:24 | -$120.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| | 01/01/2017 00:22 | -$40.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/01/2017 06:34 | -$20.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |

AMEX000048

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 01/02/2017 09:59 | -$130.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 01/02/2017 13:09 | $13.45 | STORE PURCHASE | SUCCESSFUL | SYOSSET PO | 40 QUEENS STREET, SYOSSET, NY 11791, UNITED STATES | |
| | 01/02/2017 19:10 | -$80.00 | SEND | ACCEPTED | #11494607 - MACKINMAN123@YAHOO.COM - CEDRIC MOSLEY (ID: 074680470 DOB: 9/8/1972) | 5905 SHORE PKWY, APT 3I, BROOKLYN, 11236 USA | P2P |
| | 01/03/2017 11:01 | -$160.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 01/04/2017 00:28 | $19.90 | STORE PURCHASE | SUCCESSFUL | WIX.COM | 2601 MISSION STREET STE 300, SAN FRANCISCO, CA 94110, UNITED STATES | |
| | 01/04/2017 12:57 | -$200.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |

AMEX000049

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 01/07/2017 23:33 | -$40.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/08/2017 08:16 | -$200.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 01/08/2017 08:42 | -$200.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 01/11/2017 20:01 | $20.00 | STORE PURCHASE | SUCCESSFUL | SQUARESPACE INC. | 459 BROADWAY 5TH FLOOR, NEW YORK, NY 10013, UNITED STATES | |
| | 01/11/2017 20:20 | -$500.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| 372741041495507 | 01/11/2017 20:22 | $216.00 | STORE PURCHASE | SUCCESSFUL | SQUARESPACE INC. | 459 BROADWAY 5TH FLOOR, NEW YORK, NY 10013, UNITED STATES | |
| | 01/11/2017 20:30 | -$160.00 | SEND | ACCEPTED | #11494607 - MACKINMAN123@YAHOO.COM - CEDRIC MOSLEY (ID: 074680470 DOB: 9/8/1972) | 5905 SHORE PKWY, APT 3I, BROOKLYN, 11236 USA | P2P |
| 372741041495507 | 01/11/2017 22:06 | $1.00 | Reversal Accepted | UNSUCCESSFUL | POS REVERSAL | , , | |
| 372741041495507 | 01/11/2017 22:27 | $1.00 | Reversal Accepted | UNSUCCESSFUL | POS REVERSAL | , , | |

AMEX000050

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 01/12/2017 15:38 | -$100.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/22/2017 12:40 | -$200.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 01/22/2017 12:42 | -$200.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/24/2017 09:57 | -$200.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 01/24/2017 10:59 | -$150.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/25/2017 14:54 | -$20.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/27/2017 08:50 | -$500.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |

AMEX000051

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 01/27/2017 08:52 | -$200.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/27/2017 16:21 | -$150.00 | SEND | ACCEPTED | #11494607 - MACKINMAN123@YAHOO.COM - CEDRIC MOSLEY (ID: 074680470 DOB: 9/8/1972) | 5905 SHORE PKWY, APT 3I, BROOKLYN, 11236 USA | P2P |
| | 01/28/2017 18:53 | -$40.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/29/2017 15:03 | -$50.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 01/30/2017 11:36 | -$50.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 02/01/2017 00:00 | -$61.95 | STORE RETURN | SUCCESSFUL | HOME DEPOT 6957 | 585 DEKALB AVE, BROOKLYN, NY 11205, UNITED STATES | |

AMEX000052

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 372741041495507 | 02/02/2017 14:26 | $4.32 | STORE PURCHASE | SUCCESSFUL | WAL-MART SUPERCENTER 2365 | 3271 ROUTE 940, MOUNT POCONO, PA 18344, UNITED STATES | |
| 372741041495507 | 02/03/2017 21:37 | $19.90 | STORE PURCHASE | SUCCESSFUL | WIX.COM | 2601 MISSION STREET STE 300, SAN FRANCISCO, CA 94110, UNITED STATES | |
| | 02/07/2017 17:06 | -$500.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 02/08/2017 17:07 | -$50.00 | SEND | APPROVED | #8123797 - LATOYA.BURRIS@GMAIL.COM - LATOYA BURRIS (ID: 118680081 DOB: 5/26/1983) | 113-21 202 STREET, ST. ALBANS, 11412 USA | P2P |
| | 02/09/2017 11:51 | -$90.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted]) | [redacted] | P2P |
| | 02/09/2017 11:53 | -$65.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted]) | [redacted] | P2P |
| 372741041495507 | 02/11/2017 13:30 | $56.00 | STORE PURCHASE | SUCCESSFUL | DAVE AND BUSTERS 00044 | 1504 OLD COUNTRY RD STE 106, WESTBURY, NY 11590, UNITED STATES | |

AMEX000053

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 02/11/2017 21:46 | -$30.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 02/13/2017 05:20 | $260.00 | STORE PURCHASE | SUCCESSFUL | PORT AUTH EZPASS VIOLATNS | ONE EDGEWATER PLAZA, STATEN ISLAND, NY 10305, UNITED STATES | |
| 372741041495507 | 02/13/2017 06:25 | $51.50 | STORE PURCHASE | SUCCESSFUL | N J E-ZPASS VIOLATIONS OL | 375 MCCARTER HWY, NEWARK, NJ 07114, UNITED STATES | |
| | 02/13/2017 07:55 | -$300.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| 372741041495507 | 02/13/2017 08:11 | $50.00 | Transaction Expiration date does not match PAN.Expiration_Date in DB | UNSUCCESSFUL | DOF PARKING AND CAMERA TIX | , , UNITED STATES | |
| | 02/14/2017 00:20 | -$20.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 02/14/2017 17:41 | -$40.00 | SEND | APPROVED | #8123797 - LATOYA.BURRIS@GMAIL.COM - LATOYA BURRIS (ID: 118680081 DOB: 5/26/1983) | 113-21 202 STREET, ST. ALBANS, 11412 USA | P2P |

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 02/16/2017 10:39 | -$200.00 | SEND | APPROVED | #14970051 - TIGER104@LIVE.COM - [redacted] (ID: 396176313 DOB: [redacted] | [redacted] | P2P |
| | 02/19/2017 09:46 | -$200.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 02/19/2017 09:48 | -$160.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 02/23/2017 14:18 | -$200.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 02/23/2017 17:02 | -$45.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 02/24/2017 13:10 | -$25.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |

AMEX000055

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 02/25/2017 16:02 | -$195.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 02/26/2017 10:12 | $4.00 | RECEIVE | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 02/26/2017 12:15 | $500.00 | RECEIVE | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 02/26/2017 16:11 | $152.05 | STORE PURCHASE | SUCCESSFUL | BEST BUY 1467 | 660 SUNRISE HWY, BALDWIN, NY 11510, UNITED STATES | |
| | 02/28/2017 12:37 | -$35.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 03/02/2017 10:04 | -$50.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |

AMEX000056

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 372741041495507 | 03/03/2017 21:44 | $19.90 | STORE PURCHASE | SUCCESSFUL | WIX.COM | 2601 MISSION STREET STE 300, SAN FRANCISCO, CA 94110, UNITED STATES | |
| | 03/04/2017 11:27 | -$25.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 03/06/2017 12:51 | -$20.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 03/06/2017 17:23 | -$25.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 03/07/2017 12:14 | -$500.00 | Success | | POS | WALMART 03420, 1220 OLD COUNTRY RD, , WESTBURY | |
| 372741041495507 | 03/07/2017 16:18 | $39.07 | STORE PURCHASE | SUCCESSFUL | APPLEBEE'S #21 | 684 SUNRISE HWY, BALDWIN, NY 11510, UNITED STATES | |
| 372741041495507 | 03/09/2017 17:27 | $194.94 | STORE PURCHASE | SUCCESSFUL | MARSHALLS M705 | MILL CREEK 400 MILL CREEK DRIVE, SECAUCUS, NJ 07094, UNITED STATES | |
| 372741041495507 | 03/10/2017 14:02 | $19.39 | STORE PURCHASE | SUCCESSFUL | DONINO'S PIZZA #03448 | 10962 FRANCIS LEWIS BLVD, QUEENS VILLAGE, NY 11429, UNITED STATES | |
| 372741041495507 | 03/10/2017 14:07 | $28.98 | STORE PURCHASE | SUCCESSFUL | LOEWS ROOSEVELT FIELD 144 | ROOSEVELT FIELD SHPNG CTR, GARDEN CITY, NY 11530, UNITED STATES | |

AMEX000057

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 372741041495507 | 03/11/2017 13:09 | $58.00 | STORE PURCHASE | SUCCESSFUL | DAVE AND BUSTERS 00044 | 1504 OLD COUNTRY RD STE 106, WESTBURY, NY 11590, UNITED STATES | |
| 372741041495507 | 03/11/2017 17:03 | $54.29 | STORE PURCHASE | SUCCESSFUL | THE LEGO STORE #60 | ROOSEVELT FIELD MALL 630 OLD COUNTY RD 1057, GARDEN CITY, NY 11530, UNITED STATES | |
| | 03/12/2017 09:13 | -$117.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 03/13/2017 12:17 | $26.06 | STORE PURCHASE | SUCCESSFUL | SAM ASH MUSIC #03 | 401 OLD COUNTRY RD, CARLE PLACE, NY 11514, UNITED STATES | |
| | 03/13/2017 12:48 | -$22.08 | SEND | APPROVED | #8123797 - LATOYA.BURRIS@GMAIL.COM - LATOYA BURRIS (ID: 118680081 DOB: 5/26/1983) | 113-21 202 STREET, ST. ALBANS, 11412 USA | P2P |
| 372741041495507 | 03/13/2017 13:34 | $82.88 | STORE PURCHASE | SUCCESSFUL | RED ROBIN #433 | 125 OLD COUNTRY RD, CARLE PLACE, NY 11514, UNITED STATES | |
| | 03/15/2017 17:20 | -$35.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 03/18/2017 14:13 | -$300.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |

AMEX000058

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 03/18/2017 14:46 | -$68.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 03/20/2017 00:31 | $46.37 | STORE PURCHASE | SUCCESSFUL | GRUBHUB | SUITE 2100 111 W. WASHINGTON, CHICAGO, IL 60602, UNITED STATES | |
| | 03/20/2017 12:48 | -$400.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| 372741041495507 | 03/20/2017 13:07 | $29.27 | STORE PURCHASE | SUCCESSFUL | SERVICES & PROFESSIONAL S | 8500 GOVERNORS HILL DR, SYMMES TWP, OH 45249, UNITED STATES | |
| 372741041495507 | 03/21/2017 00:32 | $5.43 | STORE PURCHASE | SUCCESSFUL | GRUBHUB | SUITE 2100 111 W. WASHINGTON, CHICAGO, IL 60602, UNITED STATES | |
| 372741041495507 | 03/21/2017 09:03 | $116.49 | STORE PURCHASE | SUCCESSFUL | CENTURY 21 DEPT STORE | 1085 OLD COUNTRY RD, WESTBURY, NY 11590, UNITED STATES | |
| 372741041495507 | 03/21/2017 23:26 | $30.79 | STORE PURCHASE | SUCCESSFUL | GRUBHUB | SUITE 2100 111 W. WASHINGTON, CHICAGO, IL 60602, UNITED STATES | |
| | 03/22/2017 02:09 | -$48.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 03/24/2017 08:16 | $58.99 | STORE PURCHASE | SUCCESSFUL | WALGREENS 13468 | NEC OF MAIN & CALVALRY, NEW CITY, NY 10956, UNITED STATES | |
| 372741041495507 | 03/24/2017 11:03 | $27.19 | STORE PURCHASE | SUCCESSFUL | BUFFALO WILD WINGS #3667 | 193 W 237TH ST, BRONX, NY 10463, UNITED STATES | |

**American Express**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 03/24/2017 17:03 | -$230.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 03/25/2017 10:31 | $10.11 | STORE PURCHASE | SUCCESSFUL | EXXONMOBIL INSIDE SALES | CUST SVC 1 800 243-9966, KANSAS CITY, MO 64141, UNITED STATES | |
| 372741041495507 | 03/27/2017 01:31 | $30.99 | Insufficient Funds | UNSUCCESSFUL | GRUBHUB | , , UNITED STATES | |
| | 03/29/2017 17:34 | -$500.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |
| | 03/29/2017 17:36 | -$40.00 | SEND | APPROVED | #14969879 - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 03/30/2017 12:44 | -$50.00 | SEND | APPROVED | #8123797 - LATOYA.BURRIS@GMAIL.COM - LATOYA BURRIS (ID: 118680081 DOB: 5/26/1983) | 113-21 202 STREET, ST. ALBANS, 11412 USA | P2P |
| 372741041495507 | 04/03/2017 12:23 | $201.75 | ATM WITHDRAWAL | SUCCESSFUL | 127-17 MERRICK | 127-17 MERRICK, Terminal:C191409, BLVD JAMAICA, NY, UNITED STATES | |
| 372741041495507 | 04/03/2017 12:23 | $2.50 | CASH WITHDRAWAL ATM FEE | SUCCESSFUL | 0 | UNITED STATES | |
| 372741041495507 | 04/03/2017 20:48 | $19.90 | STORE PURCHASE | SUCCESSFUL | WIX.COM | 2601 MISSION STREET STE 300, SAN FRANCISCO, CA 94110, UNITED STATES | |

AMEX000060

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 04/05/2017 20:47 | -$20.00 | SEND | APPROVED | #14969879 - [redacted] DOB: [redacted] | [redacted] | P2P |
| | 04/07/2017 14:28 | -$25.00 | SEND | APPROVED | #8123797 - LATOYA.BURRIS@GMAIL.COM - LATOYA BURRIS (ID: 118680081 DOB: 5/26/1983) | 113-21 202 STREET, ST. ALBANS, 11412 USA | P2P |
| | 04/07/2017 20:35 | -$40.00 | SEND | APPROVED | #8123797 - LATOYA.BURRIS@GMAIL.COM - LATOYA BURRIS (ID: 118680081 DOB: 5/26/1983) | 113-21 202 STREET, ST. ALBANS, 11412 USA | P2P |
| | 04/08/2017 16:23 | -$100.00 | SEND | APPROVED | #14969879 - [redacted] DOB: [redacted] | [redacted] | P2P |
| | 04/09/2017 16:36 | -$20.00 | SEND | APPROVED | #14969879 - [redacted] DOB: [redacted] | [redacted] | P2P |
| | 04/14/2017 18:17 | -$500.00 | Success | | POS | 7-ELEVEN SWIPE RELOAD, 250 WILLIAMS STREET, , ATLANTA | |

AMEX000061

**American Express**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 04/14/2017 18:20 | -$200.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 04/15/2017 06:41 | $2.00 | STORE PURCHASE | SUCCESSFUL | DOT PARKING METERS 2 | 34-02 QUEENS BLVD, LONG ISLAND CITY, NY 11101, UNITED STATES | |
| | 04/15/2017 11:17 | -$80.00 | SEND | APPROVED | #8123797 - LATOYA.BURRIS@GMAIL.COM - LATOYA BURRIS (ID: 118680081 DOB: 5/26/1983) | 113-21 202 STREET, ST. ALBANS, 11412 USA | P2P |
| | 04/15/2017 14:28 | $500.00 | RECEIVE | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| | 04/15/2017 19:31 | -$9.00 | SEND | APPROVED | #14969879 - [redacted] - [redacted] (ID: 488064258 DOB: [redacted] | [redacted] | P2P |
| 372741041495507 | 04/15/2017 21:05 | $28.90 | STORE PURCHASE | SUCCESSFUL | MARK PAYPAL | 2211 NORTH FIRST ST, SAN JOSE, CA 95131, UNITED STATES | |
| 372741041495507 | 04/16/2017 00:05 | $1.00 | Reversal Accepted | UNSUCCESSFUL | POS REVERSAL | , , | |
| 372741041495507 | 04/17/2017 00:07 | $202.00 | ATM WITHDRAWAL | SUCCESSFUL | 168-19 BAISLEY | 168-19 BAISLEY, Terminal:EX024630, BLVD ROCHDALE, NY, UNITED STATES | |

AMEX000062