RECEIVED
NOV 13 2026
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 13 2026 ★
BROOKLYN OFFICE

United States District court
Eastern District of New York

United States of America
v.
Joel David Forney

Indictment
24 CR. 000146 (KAM)

Letter motion to honorable Kiyo A. Matsumoto
RE: Ineffective Assistance of standby counsel and government withholding of discovery

Dear Judge Matsumoto,

I am writing to you today regarding my case. I am currently representing myself pro se, with standby counsel assigned by the court. However, I am writing to bring to your attention a critical breakdown in the legal process that is preventing me from receiving a proper defense.

1) Lack of communication and assistance from standby counsel

Under the Sixth amendment, I have the right to a fair trial. Standby counsel is appointed to assist a pro se defendant with the complexities of federal procedure and the law. However, standby counsel in my case has been virtually absent. There has been severe lack of communication. I have been left to navigate complex legal motions, sensitive designations I am effectively fighting this case blindfolded. On 11/7/2026 at 8:00 am, I asked for the date and time stamps of government exibit 815. I received a responce on 11/7/2026 at 11:51 am "theres no date and time stamp" as this a digital image I know it is wrong. Either, A) He's providing false information or B) the government is providing false information. It is a constant ocurrence throughout this case. Standby counsel does not keep me updated on my case, when something is added to the docket

SCANNED

REC'D IN PRO SE OFFICE
NOV 13 '26 AM9:35

I have to find out by calling the federal defenders and ask to speak to Ms. Olivia (Federal Defender paralegal). Also something that has frightened me is standby counsel in a VTC Meeting told me he would file anything I send him. The key word being "anything" My point is not to file things that lack legal basis or legal merit. The point of me filing with standby counsel is to only file things with Merit. The "anything" leads me to believe that the things that I file he's not reading or he would allow me to file something that would embarass me in a court of law. The perpose of filing is to seek relief, I asked standby counsel before filing to add exibits to my motions as I do not have the internet at MDC Brooklyn. I asked him to send me a copy of the motion filed with exibits and have never received one. How am I to know the exibits were added to the motion without exibits? The only information is only half presented. Also, im having a hard time with my paralegal seeing sensitive descovery. Im being asked questions like,

- Didnt you see this already?
- why are you looking at this again?
- what motions are you going to file with this?

All questions I think are improper as I have limited time to review these Documents. I should not have to feel the pressure of systematic questioning, while trying to review my case.

2) The Governments blocking of discovery and Misuse of sensitive designations

- Furthermore, I am requesting the courts immediate intervention regarding the governments handling of discovery. The prosecution has systematically blocked My access to critical evidence that is

essential to my defense. They have improperly used "Sensitive" and "classified" designations not to protect national security, but as a weapon to hide exculpatory evidence. The discovery process has turned into a game of peace mail where the government dictates the pace, the terms, and withholds the physical proof that would prove my Innocence. This is a direct violation of the Brody v. Maryland rule, which requires the prosecution to turn over all exculpatory evidence. Such as the lyft receipts, the government has time and dates where they claim Jonnica C went to East New York Brooklyn but have given the lyft receipts outside the scope of the crime. The court should ask the government to present the lyft receipts from the scope of the crime. Also, as I list multiple things that are exculpatory.

- The backpage ads from the date range of the crime which would show Jonnica C. was never in East New York Brooklyn.
- NS 1-5 better known as Sensitive Discovery theres information in there that contradicts the governments theory.
- Glide messages has never been turned over, this is the beginning of the case those messages show what really happened
- IP address and cellsite data

When the government hides the physical proof, they are not seeking justice; they are seeking a conviction.

My Request:

I AM asking the courts to:

- Review lack of evidence and communication from standby counsel and, if necessary, appoint new counsel who will actually assist in my defense.
- compel the government to produce all discovery, including any evidence improperly designated as sensitive, so that I May

have access to the physical proof necessary to defend myself. I have the physical evidence and the reciepts that prove the timeline and the reality of these events. I am asking a fair fight. I am asking for the law to be applied equally.

Respectfully submitted

Joel David Forney

10235511

Joel David Fortney #: 10235-511
Metropolitan Detention center
PO Box 329002
Brooklyn, NY 11232

MID-ISLAND NY 117
9 NOV 2026 PM 6 L



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 13 2026 ★
BROOKLYN OFFICE

SWSn

The honorable Kiyo A. Matsumoto
United States District court
Eastern District of New York
225 cadman plaza East
Brooklyn, NY 11201

LEGAL MAIL

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you
The letter has neither been opened nor inspected.
If the writer raises a question or a probl[illegible]r
which this facility has jurisdiction, y[illegible]ay wish
to return the material for fu[illegible]nformation
or clarification. If the writer [illegible]s correspondence
for forwarding to a[illegible]dressee, please
return the en[illegible]he ab[illegible]e address.

LEGAL MAIL